UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00474

———

**James C. Winding,**
*Petitioner,*

v.

**Judge Debra M. Brown et al.,**
*Defendants.*

———

## ORDER

Petitioner, a Mississippi state prisoner, filed this petition for a writ of habeas corpus challenging his conviction. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the petition be dismissed for lack of jurisdiction. Doc. 2 at 2. Specifically, because petitioner is challenging a Mississippi conviction while confined in Mississippi, there is no basis to assert jurisdiction in this court. *Id.*

The report also noted that petitioner has filed over 150 civil actions across U.S. district courts in Mississippi, Louisiana, the District of Columbia, and Texas. *Id.* at 1. Petitioner has also filed 48 appeals. *Id.* The Fifth Circuit imposed a $1,000.00 sanction on petitioner and required him to seek leave of court before filing any pleading related to his Mississippi conviction. *Id.* The report noted that petitioner has made no showing of complying with these requirements. *Id.* Petitioner filed no written objections to the magistrate judge's report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is dismissed with prejudice as to refiling in this district but without prejudice to petitioner's right to challenge his conviction through lawful means in

the appropriate jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on March 25, 2026.*

J. CAMPBELL BARKER
United States District Judge